**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Luke Adams, an individual, | No. CV-18-0378-TUC-JGZ (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Symetra Life Insurance Company, an Iowa corporation, | |
| Defendant. | |

Pending before the court is the plaintiff's motion, filed on February 14, 2020, for permission to file a supplement to the motion to compel discovery previously filed on December 13, 2019. (Doc. 212) The court finds that the parties have adequately briefed the previously filed motion to compel. (Doc. 150) Accordingly,

IT IS ORDERED that the plaintiff's motion, filed on February 14, 2020, for permission to file a supplement to the previously filed motion to compel is DENIED. (Doc. 212)

DATED this 26th day of March, 2020.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge