**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Luke Adams,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Symetra Life Insurance Company, et al.,<br><br>　　　　　　Respondents. | No. CV-18-00378-TUC-JGZ<br><br>**ORDER** |

　　　　Pending before the Court is MLS Group of Companies' Motion to Remove Non-Party MLS Group of Companies, LLC From the Court's Docket and Vacate the February 2022 Notice. (Doc. 360.) For the following reasons, the Court will grant the motion.

　　　　On December 13, 2019, Plaintiff filed a Motion to Compel MLS's Compliance with Subpoena Duces Tecum. (Doc. 181 at 2.) Counsel for MLS subsequently appeared in this matter, and MLS filed a response to the motion and ultimately appealed the Magistrate Judge's granting of Plaintiff's motion to compel. (Docs. 166, 184, 238.) On November 3, 2020, this Court sustained in part and overruled in part MLS's appeal of the Magistrate Judge's order. Shortly thereafter, MLS satisfied all of its obligations arising out of the subpoena and this matter.

　　　　In February 2022, the Clerk of Court conducted a review of its civil dockets. Because MLS had not filed a corporate disclosure statement with its first filing, the Clerk of Court ordered MLS to file the required disclosure statement. *See* Fed. R. Civ. P. 7.1. MLS responded by filing the pending motion.

The corporate disclosure requirement was created to inform disqualification decisions by U.S. judges. *See* Fed. R. Civ. P. 7.1, Comm. Notes. Because there is no disqualification issue, the Court has resolved all issues related to MLS's involvement in this matter, and MLS was effectively terminated from this case over a year and six months ago, the Court will vacate the order requiring MLS to file a corporate disclosure statement.

Accordingly,

**IT IS ORDERED** that MLS's Motion to Remove Non-Party MLS Group of Companies, LLC From the Court's Docket and Vacate the February 2022 Notice (Doc. 360) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order requiring MLS to file a Corporate Disclosure Statement (Doc. 353) is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court must update MLS Group of Companies LLC's status on the docket to **TERMINATED**.

Dated this 19th day of May, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge